IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DESIREE MESZ, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 11-CV-609 |
| ) | |
| HILLSBORO R-3 SCHOOL DISTRICT, ) | JURY TRIAL DEMANDED |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The motion of Plaintiffs for entry by this court of a default judgment after assessment of damages by a jury having been heard, and it appearing that the default of Defendant Steven Denbow, was entered by the clerk on August 3, 2011. It further appearing that a jury trial has been demanded by Plaintiffs, and that the only remaining issue to be determined is the amount of damages sustained by Plaintiff G.M. as a result of the acts alleged in the Complaint against Defendant Steven Denbow, acting in the course and scope of his employment, as alleged in Counts VIII, IX, XV, and XVI; therefore,

IT IS ORDERED that the issue of the amount of damages sustained by Plaintiff G.M. as alleged in Counts VIII, IX, XV, and XVI be submitted to a jury for its determination and assessment, and that upon such determination and assessment, judgment be entered for Plaintiff G.M. and against Defendant Steven Denbow for the amount of damages assessed by the jury and for costs of suit and reasonable attorneys' fees, without further hearing or order of this Court except as to the submission of attorneys' fees by counsel for Plaintiffs after the submission of damages to the jury.

Dated this  9th   day of September, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE